No. 609. COMET CARRIERS, INC. *v.* WALLING, WAGE & HOUR ADMINISTRATOR. Certiorari, 326 U. S. 716, to the Circuit Court of Appeals for the Second Circuit. May 6, 1946. Writ of certiorari dismissed on motion of counsel for petitioner. *Ralph D. Elmer* for petitioner. *Solicitor General McGrath* and *Bessie Margolin* for respondent.

No. 118, Misc. SANTA FE PACIFIC RAILROAD CO. *v.* LING, U. S. DISTRICT JUDGE. May 13, 1946. The motion for leave to file a petition for a writ of mandamus is denied. *Roche* v. *Evaporated Milk Assn.*, 319 U. S. 21. *J. C. Gibson, Lawrence Cake* and *Richard Fennemore* for petitioner. *Solicitor General McGrath, J. Edward Williams* and *Roger P. Marquis* for respondent.

No. 117, Misc. NOWAK *v.* NIERSTHEIMER, WARDEN;
No. 119, Misc. IN RE BROWN; and
No. 120, Misc. POVICH *v.* NICHOLSEN, WARDEN. May 13, 1946. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 104, Misc. DALE *v.* HEINZE, WARDEN. May 13, 1946. Dismissed. The matters were presented and disposed of by denial of petition for certiorari in No. 949, *Dale* v. *California*, 327 U. S. 809.